**DANIEL H. LONG, Administrator of E. Long, v. HENRY SPEAR.**

Court of Common Pleas. April, 1796.

*Wilson's Red Book, 104.*

Per Curiam. (In their charge.) There is no rule more certain and better established than this, that every plaintiff must have a right to sue at the time of action brought, and here the plaintiff had not.

Notwithstanding, the jury gave a verdict for plaintiff to which defendant agreed not to take exception on my letting him out of jail, for he was surrendered, and paying the costs of this suit.